# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2025

### NO. 03-25-00142-CV

**Andrew Toscano, Appellant**

**v.**

**Kimberly D. Brown and Douglas Welch, Appellees**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on December 5, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court affirms the portion of the trial court's judgment awarding attorney's fees to Brown and Welch. However, the Court reverses the remainder of the trial court's judgment and renders judgment that the claims of Andrew Toscano, in his capacity as the independent executor of the Estate of Gene Toscano, are dismissed without prejudice. Each party shall bear their own appellate costs.